United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

PAUL WILLIAM MUNSTER,

          Plaintiff,

   v.

DR. LAPIDS, et. al.,

          Defendants.

No. C 13-3268 NJV (PR)

**ORDER OF DISMISSAL**

Plaintiff, a former detainee at Santa Cruz Jail, proceeds with a pro se civil rights complaint under 42 U.S.C. § 1983.  However, mail that the clerk sent to plaintiff at his last known address has been returned as undeliverable as he has been released from Santa Cruz Jail.  Plaintiff has not provided a current mailing address.

More than sixty days have passed since the mail was returned.  This case is **DISMISSED** without prejudice.  See Local R. 3-11(b).

**IT IS SO ORDERED.**

Dated: April 21, 2014.

NANDOR J. VADAS
United States Magistrate Judge